JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
MARY MCNEILL (CA State Bar No. 261500)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        joeaddiego@dwt.com
              marymcneill@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS ALFORD,<br><br>            Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE BANK, N.A. and DOES 1-5,<br><br>            Defendants. | Case No. 3:16-cv-04723-HSG<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT JP MORGAN CHASE BANK, N.A TO RESPOND TO COMPLAINT**<br><br>[Civ. L.R. 6-1] |

DAVIS WRIGHT TREMAINE LLP

1

<div align="center">ORDER</div>

2      Per stipulation by the parties (Dkt. No. 30), IT IS HEREBY ORDERED THAT

3      1.      The deadline for Chase to answer, move, or otherwise respond to Plaintiff's

4   Complaint shall be extended up to and including <u>January 12, 2017</u>.

5

6      It is so ordered.

7      Date:  January 6, 2017



8                                              Hon. Haywood S. Gilliam, Jr.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="writing-mode: vertical-lr;">DAVIS WRIGHT TREMAINE LLP</div>

[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 3:16-cv-04723-HSG