UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ALFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Case No.16-cv-04723-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on February 7, 2017. The Court **SETS** the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Date** |
|---|---|
| Close of Fact Discovery | July 7, 2017 |
| Exchange of Opening Expert Reports | July 22, 2017 |
| Exchange of Rebuttal Expert Reports | August 7, 2017 |
| Close of Expert Discovery | August 21, 2017 |
| Dispositive Motion Hearing Deadline | October 5, 2017<br>2:00 p.m. |
| Pretrial Conference | January 9, 2018<br>3:00 p.m. |
| Jury Trial | January 22, 2018 – January 25, 2018<br>8:30 a.m. |

//
//
//
//
//
//

1   The parties are directed to review and comply with this Court's Civil Pretrial and Trial
2   Standing Order.

**IT IS SO ORDERED.**

Dated: 2/14/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge
