# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| NICHOLAS ALFORD, | Case No. 16-cv-04723-HSG |
|---|---|
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE AND REVISED SCHEDULING ORDER** |
| v. | |
| JP MORGAN CHASE BANK, N.A., | Re: Dkt. No. 68 |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, this case is referred to a Magistrate Judge for settlement proceedings. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge. Counsel shall follow any standing orders or other instructions given by the assigned Magistrate Judge.

In light of the anticipated settlement conference, the Court further revises the case schedule and **SETS** the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Pretrial Conference | April 10, 2018, at 3:00 p.m. |
| 4-Day Jury Trial | April 23, 2018, at 8:30 a.m. |

This terminates Dkt. No. 68. The Court will issue a ruling on the pending motions as soon as possible.

**IT IS SO ORDERED.**

Dated: 11/16/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge