Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       jakefreed@dwt.com
             joeaddiego@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS ALFORD, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | Case No. 16-cv-04723-HSG <br><br> **STIPULATED DISMISSAL WITH PREJUDICE; ORDER** |

Subject to the Court's approval, the parties HEREBY STIPULATE AND AGREE as follows:

Pursuant to Fed. R. Civ. P. 41(a)(2), this action and all claims in this action are hereby dismissed with prejudice and without fees or costs to either side.

IT IS SO STIPULATED.

DATED: April 17, 2018          DAVIS WRIGHT TREMAINE LLP

By: */s/ John D. Freed*

Joseph E. Addiego III
John D. Freed

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.


TRN LAW ASSOCIATES

By: */s/ Tiffany R. Norman*

Tiffany R. Norman (SBN 239873)
TRN LAW ASSOCIATES
870 Market Street, Suite 786
San Francisco, CA 94102
Phone: 415-823-4566

Attorney for Plaintiff
NICHOLAS ALFORD

STIPULATED DISMISSAL WITH PREJUDICE
Case No. 16-cv-04723-HSG

## **CERTIFICATION OF CONCURRENCE**

Pursuant to L.R. 5-1, I hereby attest that Tiffany Norman, counsel for Plaintiff Nicholas Alford, has provided her concurrence in the electronic filing of the foregoing document entitled STIPULATED DISMISSAL WITH PREJUDICE.

*/s/ John D. Freed*

**ORDER**

Presently before the Court is the parties' Stipulated Dismissal with Prejudice ("Stipulation"). Good cause appearing therefore, the Court GRANTS the parties' Stipulation, as follows:

Pursuant to Fed. R. Civ. P. 41(a)(2), this action and all claims in this action are hereby dismissed with prejudice and without fees or costs to either side.

SO ORDERED.

DATED: April 17, 2018

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE